267 F.2d 941
 Herman T. STICHMAN, Trustee of Hudson & Manhattan Railroad
Company, Debtor, Appellee,
v.
GENERAL GRIEVANCE COMMITTEE OF THE BROTHERHOOD OF RAILROAD
TRAINMEN, Hudson& Manhattan Railroad Company;
Lloyd G. Hatler; William Sporer; and
Francis De-Avis, Appellants.
 No. 349, Docket 25676.
 United States Court of Appeals Second Circuit.
 Argued June 10, 1959.
Decided June 22, 1959.
 
 Arnold B. Elkind, of Zelenko & Elkind, New York City (Zelenko & Elkind, and Paul H. Kirwin, New York City, on the brief), for appellants.
 Emanuel Dannett, of McGoldrick, Dannett, Horowitz & Golub, New York City (McGoldrick, Dannett, Horowitz & Golub, William W. Golub and Bernard Buchholz, New York City, on the brief), for the Trustee of the Debtor.
 Before HINCKS and MOORE, Circuit Judges, and SMITH, District Judge.
 PER CURIAM.
 
 
 1
 On Judge Dawson's lucid and well-reasoned opinion below, D.C.S.D.N.Y. 1959, 172 F.Supp. 329, the order is affirmed.